American Furniture & Carpet Company, appellee, v. Thomas W. Philpott and Arthur L. Philpott, trading as Thomas W. Philpott & Son, appellants. Gen. No. 32,278.

Opinion filed April 3, 1928.

Soelke, Koehn & Loewy, for appellants. Sidney Oppenheim, for appellee; Louis J. Jacobson, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.